1  HARVEY P. SACKETT

2  **SACKETT**
   **AND ASSOCIATES**
   A PROFESSIONAL LAW CORP.
3

4  1055 Lincoln Avenue
   Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile:  (408) 295-7444
6

7  /jgl

8  Attorney for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

12 SHONDRA R. DILLIEHUNT,            )   No.:  2:12-cv-02013-AC
                                     )
13          Plaintiff,               )
                                     )
14 v.                                )   STIPULATION AND ~~PROPOSED~~ ORDER
                                     )
15 CAROLYN W. COLVIN,[1]             )
   Acting Commissioner,              )
16 Social Security Administration,   )
                                     )
17          Defendant.               )
                                     )
18 _____)

19

20      Plaintiff and Defendant, through their respective attorneys, hereby stipulate that plaintiff

21 shall have a first extension of time of (45) days up through and including Monday, May 6, 2013

22 in which to e-file her Motion for Summary Judgment.  This extension is necessitated by the

23 number of cases (7) the firm presently has pending before this and other district courts that

24 require briefing.

25 _____

26 [1]    Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.
   Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be
27 substituted for Commissioner Michael J. Astrue as Defendant in this suit.  No further action need be taken
   to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C.
28 § 405(g).

                                    1

1

                                        BENJAMIN B. WAGNER
2                                       United States Attorney

3

4

5
     Dated: March 18, 2013              /s/THEOPHOUS H. REAGANS
6                                       THEOPHOUS H. REAGANS
                                        Assistant U.S. Attorney
7                                       Social Security Administration
                                        Attorney for the Defendant
8

9

10

11   Dated:  March 19, 2013             /s/HARVEY P. SACKETT
                                        HARVEY P. SACKETT
12                                      Attorney for Plaintiff
                                        SHONDRA R. DILLIEHUNT
13

14
     IT IS SO ORDERED.
15

16

17   Dated:  March 19, 2013.           _allison Clare_____

18                                      ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28

                                        2