HARVEY P. SACKETT

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444


/jgl

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONDRA R. DILLIEHUNT, | No.: 2:12-cv-02013-AC |
| Plaintiff, | |
| v. | STIPULATION AND PROPOSED ORDER |
| CAROLYN W. COLVIN,[1] Acting Commissioner, Social Security Administration, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have an extension of time of (45) days up through and including Thursday, June 20, 2013 in which to e-file her Motion for Summary Judgment; and (2) Defendant shall file an opposition, including cross-motions, on or before July 22, 2013. This extension is necessitated by

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Commissioner Michael J. Astrue as Defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

the need for Plaintiff to retain new counsel, and the concomitant time required to become familiar with the case, and prepare Plaintiff's Motion for Summary Judgment.

All deadlines will be extended accordingly.

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

Dated: May 6, 2013                          /s/THEOPHOUS H. REAGANS
                                                  THEOPHOUS H. REAGANS
                                                  Assistant U.S. Attorney
                                                  Social Security Administration
                                                  Attorney for the Defendant

Dated: May 8, 2013                          /s/HARVEY P. SACKETT
                                                  HARVEY P. SACKETT
                                                  Attorney for Plaintiff
                                                  SHONDRA R. DILLIEHUNT

IT IS SO ORDERED.

Dated: May 8, 2013.                        _/s/ Allison Claire_
                                                  HON. ALLISON CLAIRE
                                                  United States Magistrate Judge