HARVEY P. SACKETT

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444


/jgl

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| SHONDRA R. DILLIEHUNT, | ) | No.: 2:12-cv-02013 AC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER FOR |
| | ) | DISMISSAL |
| CAROLYN W. COLVIN,[1] | ) | |
| Acting Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice.  Each party shall bear their own attorney's fees and costs.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Commissioner Michael J. Astrue as Defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

STIPULATION AND ORDER FOR DISMISSAL

BENJAMIN B. WAGNER
United States Attorney

Dated: June 12, 2013      /s/THEOPHOUS H. REAGANS
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney
Social Security Administration
Attorney for the Defendant

Dated:  June 13, 2013      /s/HARVEY P. SACKETT
HARVEY P. SACKETT
Attorney for Plaintiff
SHONDRA R. DILLIEHUNT

IT IS SO ORDERED.

Dated: June 13, 2013

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER FOR DISMISSAL